# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 220-010 |
| | ) | |
| CHIP'S DISCOUNT DRUGS, INC.; | ) | |
| CHIP'S DISCOUNT DRUGS, LLC; | ) | |
| and ROGERS WOOD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff United States of America's notice of voluntary dismissal, dkt. no. 3, wherein it states its intention to dismiss this case without prejudice. Defendants Chip's Discount Drugs, Inc., Chip's Discount Drugs, LLC, and Rogers Wood's having filed no answer to Plaintiff's Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are dismissed without prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 25th day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA